GREGORY S. GILCHRIST (Cal. Bar. No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY J. TABANDEH (Cal. Bar No. 287583)
PAYMANEH PARHAMI (Cal. Bar No. 335604)
VERSO LAW GROUP LLP
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495
Email: greg.gilchrist@versolaw.com
       amy.parigi@versolaw.com
       ryan.bricker@versolaw.com
       sophy.tabandeh@versolaw.com
       paymaneh.parhami@versolaw.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>    Plaintiff,<br><br>vs.<br><br>BRUNELLO CUCINELLI USA, INC.,<br>BRUNELLO CUCINELLI S.P.A.,<br><br>    Defendants. | Case No.: 4:24-cv-00399-HSG<br><br>**NOTICE OF PENDING SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br>**(as modified)** |

    Levi Strauss & Co. ("LS&Co.") respectfully submits this request regarding the upcoming case management conference, currently set for April 23, 2024 at 2:00 p.m., requesting that the conference be continued for four (4) weeks, until May 21, 2024, at 2:00 p.m., and the deadline for filing of the case management statement be continued until May 14, 2024.

    LS&Co. filed its Complaint on January 23, 2024. Promptly afterwards, the parties began productive settlement discussions. Those discussions are ongoing. While LS&Co. remains hopeful that the parties can settle the dispute, the parties were not able to agree on final language of a settlement agreement prior to the deadline to file the case management statement, April 16, 2024. The deadline to serve the summons and complaint is April 22, 2024 and LS&Co. will serve Defendants Brunello

Cucinelli USA, Inc. and Brunello Cucinelli S.P.A. ("Defendants") by this date if the settlement is not finalized.

In part because Defendants will not have responded to the Complaint prior to the current date for the case management conference, and also to give the parties time to determine whether final settlement is possible, LS&Co. respectfully requests that the Court continue the case management conference until May 21, 2024 at 2:00 p.m.

No prior extensions have been requested in this case. The requested extension would not affect the Court's case management schedule.

Dated: April 15, 2024                                     Respectfully submitted,

                                                          VERSO LAW GROUP LLP


                                                          By: /s/ Ryan Bricker
                                                          Gregory S. Gilchrist
                                                          Ryan Bricker
                                                          Sophy Tabandeh
                                                          Paymaneh Parhami

                                                          Attorneys for Plaintiff
                                                          LEVI STRAUSS & CO.

## ORDER

The telephonic case management conference scheduled for April 23, 2024 at 2:00 p.m. is continued to May 21, 2024 at 2:00 p.m.  The dial-in information and instructions remain the same as previously provided in docket no. 6.  The deadline for filing the case management statement is May 14, 2024.

IT IS SO ORDERED.

Dated: 4/16/2024                                          _____
                                                          Haywood S. Gilliam, Jr.
                                                          United States District Judge